**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>  Auctus Fund, LLC         </u><br>              Plaintiff<br><br>              V.<br><br><u>  RedHawk Holdings Corp.   </u><br>              Defendant | CIVIL ACTION<br><br>NO. <u>  1:18-12020-WGY      </u> |

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

<u>YOUNG, DJ  </u>

The Court having been advised on <u>  June 20, 2019           </u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

<u> June 20, 2019         </u>            <u> /s/ Jennifer Gaudet          </u>
Date                                                 Deputy Clerk