UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC, **Plaintiff,** v. REDHAWK HOLDINGS CORP., **Defendant.** | Civil Action No. 1:18-CV-12020-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Auctus Fund, LLC (hereinafter the "Plaintiff") and the Defendant, RedHawk Holdings Corp.(hereinafter the "Defendant," and, with the Plaintiff, the "Parties" and each a "Party") hereby stipulate and agree to the dismissal of all claims, counterclaims, crossclaims or otherwise, that were brought, or could have been brought, against and between Plaintiff and Defendant in the above-captioned action. All rights of appeal are hereby waived and each Party shall bear its own costs and attorneys' fees.

Respectfully submitted,
PLAINTIFF, Auctus Fund, LLC,

By its Attorneys,

/s/ Philip M. Giordano
Philip M. Giordano, Esq. (BBO # 193530)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com
Dated: May __, 2019

Respectfully submitted,
DEFENDANT, RedHawk Holdings Corp.,

By its Attorneys,

Mark R. Basile, Esq.
THE BASILE LAW FIRM, P.C.
400 Jericho Turnpike - Ste. 104
Jericho, New York 11753
Telephone: (516) 455.1500
Facsimile: (631) 498.0478
Email: mark@thebasilelawfirm.com
Dated: May __, 2019

## CERTIFICATE OF SERVICE

I, Philip M. Giordano, do hereby certify that on the 10th day of September, 2019, I caused to be served a true and correct copy of the Stipulation of Dismissal, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel of record and by emailing a true copy to counsel for the Defendant.

Dated: Sept 10, 2019

/s/ *Philip M. Giordano*
Philip M. Giordano